UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD C. FLORY, | ) |
| | ) |
| Plaintiff, | ) CASE NO.   C06-1046-RSL-JPD |
| | ) |
| v. | ) |
| | ) |
| DONALD CLAUSSEN, *et al.*, | ) ORDER DENYING DEFENDANTS' |
| | ) MOTION TO DISMISS |
| Defendants. | ) |
| _____ | ) |

The Court, having reviewed defendants' motion to dismiss, plaintiff's response, defendants' reply, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Defendants' motion to dismiss (Dkt. #17) is DENIED.

(3)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 21st day of November, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANTS' MOTION TO DISMISS