UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD C. FLORY, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   C06-1046-RSL-JPD |
| ) | |
| v. ) | |
| ) | |
| DONALD CLAUSSEN, *et al.*, ) | ORDER GRANTING DEFENDANTS' |
| ) | MOTION FOR SUMMARY JUDGMENT |
| Defendants. ) | |
| _____ ) | |

The Court, having reviewed defendants' motion for summary judgment, plaintiff's response, defendants' reply, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   The defendants' motion for summary judgment (Dkt. #37) is GRANTED.

(3)   The complaint and this action are DISMISSED with prejudice.

(4)   The Clerk is directed to send copies of this Order to plaintiff, to counsel of record, and to Judge Donohue.

DATED this 26th day of July,  2007.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS'S MOTION FOR SUMMARY
JUDGMENT AND DISMISSING CASE