UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD C. FLORY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD CLAUSSEN, *et al.*,<br><br>　　　　Defendants. | No. C06-1046RSL<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND |

　　This matter comes before the Court on plaintiff's "Motion to Alter or Amend" (Dkt. #47). Plaintiff's motion is DENIED.

　　DATED this 29th day of August, 2007.

　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　United States District Judge